# Court of Appeals of the State of Georgia

ATLANTA, February 12, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0441. JEREMY MICHAEL CRUMLEY v. THE STATE.

The Appellant's appeal was docketed in this Court on October 11, 2023. On December 27, 2023, this Court granted the Appellant's third request for an extension of time in which to file his enumeration of errors and brief, extending the time for filing until January 8, 2024. The Appellant, who is represented by counsel, did not file a brief by that date, and on January 12, 2024, this Court issued an order requiring the Appellant to file a brief and enumeration of errors on or before January 19, 2024. In that order, we cautioned the Appellant that the failure to comply with the filing deadline could result in dismissal of the appeal. The Appellant attempted to file a brief on January 19, 2024, but the filing was returned for failure to comply with this Court's rules.[1]

As of the date of this order, the Appellant still has not filed a brief and enumeration of errors, nor has he requested an extension of time within which to file. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED.[2]

The Clerk of Court is directed to send a copy of this order to the Appellant, as well as to the Appellant's counsel of record. The Appellant's counsel is also directed to send a copy

---

[1] Specifically, the brief that counsel attempted to file on January 19, 2024, did not include the correct case number, and the certificate of service, which was dated November 15, 2021, did not show that the State had been served with a copy of the brief. See Court of Appeals Rule 6 (b) - (d).

[2] We take this opportunity to remind counsel for the Appellant of Court of Appeals Rules 7, 13, and 23 (a).

of this order to the Appellant.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,___02/12/2024_____

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

___*Stephen E. Castlen*_____ , Clerk.